```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DESTINY JOY GUOBADIA
```
       Plaintiff,

                      **ORDER**

   -against-              CV 12-4042 (ADS)(ARL)

ISOKEN IROWA, et al.,

       Defendants.
```
-------------------------------------------------------------X
```

**LINDSAY, Magistrate Judge:**

 Before the court is the plaintiff's letter motion seeking to compel nonparty Chenelle Gbajumo to produce documents responsive to the subpoena served upon her on April 16, 2013. At her deposition, Ms. Gbajumo indicated that she possessed the plaintiff's payroll records and W2s for work she had performed at LHC from 2007 to 2010. Although Ms. Gbajumo agreed to produce the documents by July 14, 2013, she has not done so. Nor has she responded to this application. Accordingly, the plaintiff's motion is granted. On or before October 14, 2013, Ms. Gbajumo is directed to provide counsel for the plaintiff with copies of all of the records in her possession that are responsive to the plaintiff's demands.

 Also before the court is the parties' joint request for an extension of the discovery deadlines. That request is also granted. All discovery, inclusive of expert discovery, is to be completed by January 30, 2014. Any party planning on making a dispositive motion shall take the first step in the motion process by February 13, 2014. The final conference scheduled for October 29, 2013 is adjourned to February 27, 2014 at 11:00 a.m. The parties are directed to electronically file a proposed joint pretrial order prior to the final conference.

 Counsel for the plaintiff is directed to personally serve a copy of this order on Ms.

Gbajumo immediately upon receipt of the order and to file proof of service with the court.

Dated: Central Islip, New York  
October 2, 2013

SO ORDERED:

_____/s/_____  
ARLENE R. LINDSAY  
United States Magistrate Judge