UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DESTINY JOY GUOBADIA

                Plaintiff,

          -against-                      **ORDER**
                                          CV 12-4042 (ADS)(ARL)

ISOKEN IROWA, et al.,

                Defendants.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By order dated May 1, the court established August 15 as the deadline for commencement of dispositive motion practice. On August 15, the defendants wrote to Judge Spatt requesting a pre-motion conference but indicated that they had not completed their 56.1 statements in compliance with his individual rules. Judge Spatt denied the request and referred the defendants' request to adjourn the final conference to the undersigned. The plaintiff opposes the request to adjourn the final conference but does not oppose the defendants' request for additional time to initiate dispositive motion practice.

      Although the court had previously indicated that no further extensions would be granted given the number of previous extensions, the court will extend the dispositive motion deadline to September 8, 2014. In addition, the court is canceling, rather than adjourning, the final conference scheduled for August 27, 2014. It is clear from the parties' letters that settlement discussions would not be fruitful at this time. Nonetheless, the parties must file the proposed joint pretrial order by September 19, 2014.

Dated:  Central Islip, New York                     **SO ORDERED:**
         August 25, 2014

                                                         _____/s/_____
                                                        ARLENE R. LINDSAY
                                                        United States Magistrate Judge