CIVIL CAUSE FOR SETTLEMENT CONFERENCE

BEFORE JUDGE: SPATT   DATE: 10/5/15   TIME: 9:29-9:36
DOCKET NUMBER: CV-12-4042

TITLE: GUOBADIA, DESTINY JOY  v.  ISOKEN IROWA, et al.

COURT DEPUTY: _____

APPEARANCES: FOR PLAINTIFF: William C. Silverman, Esq.

Meaghan Newcomer, Esq.

FOR DEFENDANT: Uhumwnamure Lucky Irowa, **ProSe**

Isoken Irowa, Pro Se
C/R Paul Lombardi

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 05 2015 ★
LONG ISLAND OFFICE

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

✓ SETTLEMENT CONFERENCE HELD

___ CASE MARKED READY FOR TRIAL _____

___ FURTHER STATUS CONFERENCE SCHEDULED FOR _____

✓ OTHER Counsel advises that this case has settled. Stipulation of Settlement entered on the record. Uhumwnamure Lucky Irowa & Isoken Irowa sworn. Confidentiality agreement. Case closed subject to the terms of the settlement agreement. Transcript Sealed.

_____
Arthur D. Spatt
U.S.D.J.   10/5/15