UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESTINY JOY GUOBADIA,<br><br>       Plaintiff,<br><br>vs.<br><br>ISOKEN AND LUCKY UHUMWNAMURE IROWA<br><br>       Defendants. | 1:12-cv-4042 (ADS) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Destiny Joy Guobadia, through counsel, and Defendants Isoken Irowa and Lucky Uhumwnamure Irowa, stipulate and agree that the above captioned action has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The Parties agree to dismiss this case with prejudice, and request the Court to retain jurisdiction to enforce the terms of their settlement agreement.

**IT IS HEREBY ORDERED:**

1. The parties shall comply with the terms of their settlement agreement entered into on November 24, 2015, a copy of which is attached and incorporated by reference as if fully set forth.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement until the terms of the settlement agreement are satisfied.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs, and waives all rights of appeal.

**STIPULATED AND AGREED:**

_____ 11/24/15
Daniel E. Clarkson
GREENBERG TAURIG, LLP
The MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
clarksond@gtlaw.com


_____ 11/24/15
William C. Silverman
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3422
wsilverman@proskauer.com

*Attorneys for Destiny Joy Guobadia*


_____ 11/24/15
Lucky Uhumwnamure Irowa
110 Windsor Parkway
Hempstead, NY 11550
Telephone: (516) 507-2794
irowa@engineer.com


_____ 11/24/15
Isoken Irowa
110 Windsor Parkway
Hempstead, NY 11550
Telephone: (516) 507-2794
irowa@engineer.com

*Defendants*

2

DATED: November 24, 2015

**SO ORDERED:**

_____      Dated: _____, 2015
HON. ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE